IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE A. QUIÑONES-MALDONADO<br>2) JOAO AMIR RODRIGUEZ-MELENDEZ<br>3) GILBERTO GUTIERRES-VEGA<br>**4) JAILEEN FIGUEROA-PAGAN**<br>Defendants | CRIMINAL 12-0084CCC |

**ORDER**

Having considered the Report and Recommendation filed on December 27, 2012 (**docket entry 159**) on a Rule 11 proceeding of defendant Jaileen Figueroa-Pagán (4) held before U.S. Magistrate Judge Silvia Carreño-Coll on December 18, 2012, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 18, 2012.  The **sentencing hearing is set for February 22, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 15, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge